**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Davin Ryan Hanks
Lafayette Parish Corr. Center DOC No. 901450
P.O. Box 2537
Lafayette, LA 70502


**REHEARING ACTION: December 21, 2011**


**Docket Number: 11   01340-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DAVIN RYAN HANKS**

**Writ Application from Lafayette Parish Case No. 123776**


<u>**BEFORE JUDGES**</u>:

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. Marc T. Amy**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Davin Ryan Hanks** has this day been

    **DENIED.**


cc: Michael Harson, Counsel for  the Respondent